| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Leonard W. Stitz**<br><br>**987 N Enterprise St**<br>**Orange, CA 92867-5448**<br><br>California State Bar Number: **119155**<br>**lenny@lennystitz.com**<br><br><br>☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| In re:<br><br>**Superior Automotive Engineering, LLC**<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **February 26, 2016**          **/s/ Arlene Jill**
                                    Signature of Debtor 1

Date:                               
                                    Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **February 26, 2016**          **/s/ Leonard W. Stitz**
                                    Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                        **F 1007-1.MAILING.LIST.VERIFICATION**

```
Superior Automotive Engineering LLC
761 Monroe Way
Placentia, CA  92870-6309


Law Offices of Leonard W Stitz
987 N Enterprise St
Orange, CA  92867-5448
```

```
AT&T
PO Box 5025
Carol Stream, IL  60197-5025


Birch Communications
PO Box 105066
Atlanta, GA  30348-5066


Engaged Media
PO Box 975384
Dallas, TX  75397-5384


Financial Pacific Leasing Inc
3455 S 344th Way Ste 300
Federal Way, WA  98001-9546


Golden State Water
PO Box 9016
San Dimas, CA  91773-9016


Jacqueline A Werbeck CPA
6709 Greenleaf Ave Ste 210
Whittier, CA  90601-5163


Jason Mattes
14721 Ella Dr
Eastvale, CA  92880-1042
```

```
Joseph & Arleen Jill
761 Monroe Way
Placentia, CA  92870-6309


Leeper Manufacturing
2560 Fender Ave Ste C
Fullerton, CA  92831-4440


Orange County Electric Inc
c/o Robert A Wilks Esq
1801 Park Court Pl Ste F-102
Santa Ana, CA  92701-5045


Orange County Treasurer-Tax Collector
625 N Ross St Bldg 11
Santa Ana, CA  92701-4091


Pantera Specialists
2824 Willis St
Santa Ana, CA  92705-5714


Republic Services
1131 N Blue Gum St
Anaheim, CA  92806-2408


Roper & Sexton
987 N Enterprise St
Orange, CA  92867-5448
```

```
Shawn Bennett
1100 W Town & Country Rd Ste B2
Orange, CA   92868


Shelf Master Inc
2837 E Coronado St
Anaheim, CA   92806-2504


Southern California Edison
PO Box 300
Rosemead, CA   91770-0300


Vericore
10115 Kincey Ave Ste 100
Huntersville, NC   28078-6482
```

| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Superior Automotive Engineering, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | **11-3796158** |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**761 Monroe Way**<br>**Placentia, CA 92870-6309**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br>**761 Monroe Way**<br>**Placentia, CA 92870-6309**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>**761 Monroe Way Placentia, CA 92870-6309**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **http://www.superiorautomotive.com/** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

Debtor    **Superior Automotive Engineering, LLC**    Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
    __8111__

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship to you |
|---|---|---|
| _____ | | _____ |
| District | When | Case number, if known |
| _____ | _____ | _____ |

Debtor **Superior Automotive Engineering, LLC** _____ Case number (*if known*) _____
        Name

**11. Why is the case filed in** *this district?*   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name     _____
        Phone            _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Superior Automotive Engineering, LLC**  Case number (*if known*)
Name

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 26, 2016**
MM / DD / YYYY

X **/s/ Arlene Jill**   **Arlene Jill**
Signature of authorized representative of debtor   Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ Leonard W. Stitz**   Date **February 26, 2016**
Signature of attorney for debtor   MM / DD / YYYY

**Leonard W. Stitz**
Printed name

**Law Offices of Leonard W. Stitz**
Firm name

**987 N Enterprise St**
**Orange, CA 92867-5448**
Number, Street, City, State & ZIP Code

Contact phone     Email address  **lenny@lennystitz.com**

**119155**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Superior Automotive Engineering, LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| AT&T<br>PO Box 5025<br>Carol Stream, IL 60197-5025 | (888) 944-0447 | Services | | | | $185.00 |
| Birch Communications<br>PO Box 105066<br>Atlanta, GA 30348-5066 | (404) 699-7048 | Services | | | | $925.00 |
| Engaged Media<br>PO Box 975384<br>Dallas, TX 75397-5384 | (800) 764-6278 | Services | | | | $700.00 |
| Financial Pacific Leasing, Inc<br>3455 S 344th Way Ste 300<br>Federal Way, WA 98001-9546 | (253) 568-6142 | Equipment lease | | | | $791.00 |
| Golden State Water<br>PO Box 9016<br>San Dimas, CA 91773-9016 | (714) 535-7711 | Utility | | | | $223.00 |
| Jacqueline A. Werbeck, CPA<br>6709 Greenleaf Ave Ste 210<br>Whittier, CA 90601-5163 | (562) 698-5505 | Services | | | | $1,000.00 |
| Jason Mattes<br>14721 Ella Dr<br>Eastvale, CA 92880-1042 | Jason Mattes<br><br>(626) 327-1810 | Chargeback | Disputed | | | $1,200.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **Superior Automotive Engineering, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Leeper Manufacturing**<br>2560 Fender Ave Ste C<br>Fullerton, CA 92831-4440 | **Dave Leeper**<br><br>**(714) 446-0440** | **Goods** | | | | $6,000.00 |
| **Orange County Electric, Inc**<br>c/o Robert A. Wilks, Esq.<br>1801 Park Court Pl Ste F-102<br>Santa Ana, CA 92701-5045 | **Robert A. Wilks, Esq.**<br><br>**(714) 838-2830** | **Judgment** | | | | $7,161.34 |
| **Orange County Treasurer-Tax Collector**<br>625 N Ross St Bldg 11<br>Santa Ana, CA 92701-4091 | **(714) 834-3411** | **Property Taxes** | | | | $270.00 |
| **Pantera Specialists**<br>2824 Willis St<br>Santa Ana, CA 92705-5714 | **Lance Nist**<br><br>**(949) 250-1797** | **Goods** | | | | $6,000.00 |
| **Republic Services**<br>1131 N Blue Gum St<br>Anaheim, CA 92806-2408 | | **Services** | | | | $315.00 |
| **Roper & Sexton**<br>987 N Enterprise St<br>Orange, CA 92867-5448 | **Barry Sexton**<br><br>**(714) 633-5300** | **Services** | | | | $7,900.00 |
| **Shawn Bennett**<br>1100 W Town & Country Rd Ste B2<br>Orange, CA 92868 | | **Chargeback** | **Disputed** | | | $8,600.00 |
| **Shelf Master, Inc**<br>2837 E Coronado St<br>Anaheim, CA 92806-2504 | **Kirk Kramer**<br><br>**(714) 632-5027** | **Building Lease** | **Disputed** | | | $20,000.00 |
| **Southern California Edison**<br>PO Box 300<br>Rosemead, CA 91770-0300 | **(800) 655-4555** | **Utility** | | | | $1,554.00 |
| **Vericore**<br>10115 Kincey Ave Ste 100<br>Huntersville, NC 28078-6482 | **J.D. Morgan**<br><br>**(800) 375-3186** | **Goods** | | | | $11,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com